IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| MICHAEL ALAN DOIEL, §<br>Institutional ID No. 46524-048, §<br>   §<br>   Plaintiff, §<br>   §<br>v. §<br>   §<br>DR. CEZARY KUPRIANOWICZ, §<br>*et al.*, §<br>   §<br>   Defendants. § | Civil Action No. 1:20-CV-00056-BU |

## JUDGMENT

In accordance with the order issued this same day, it is the judgment of this Court that Plaintiff Michael Alan Doiel claims against Dr. Cezary Kuprianowicz, Dr. Kenneth Russell, and Dr. Radesh Gutta are DISMISSED with prejudice as frivolous under 28 U.S.C. § 1915A(b)(1). Additionally, Doiel's claims of negligence under the FTCA while at FCI-Big Spring are DISMISSED with prejudice under 28 U.S.C. § 1915A(b)(1) as frivolous.

ORDERED this 14th day of April, 2022.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE